**E. J. Simmons**, OSB 75341
ejs@SimmonsTrialPractice.com
621 SW Morrison, Ste. 1300
Portland OR 97205
(503) 221-2000
Facsimile (971) 223-4733

**Bradley Ganz**
mail@ganzlaw.com
Ganz Law PC
PO Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009

Attorneys for Plaintiffs
Passages Silver Strand LLC and
Grasshopper House LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **Grasshopper House LLC**, a California limited liability company doing business as Passages Malibu, **Passages Silver Strand LLC**, a California limited liability company,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>**G & G Holistic Addiction Treatment, Inc.**, a Florida corporation, **Gerald S. Goldfarb**, an individual, and **John Giordano**, an individual,<br><br>　　　　Defendants. | Civil Case No.: 3:09-CV-910-ST<br><br>**Motion for Extension of Time** |

Page 1 –Motion for Extension of Time

The undersigned counsel hereby certifies that he has conferred by email with out of state counsel for defendants about this motion, and that this motion is unopposed.

Plaintiffs move the Court for an Order extending the time for discovery to March 15, 2010. Settlement negotiations are about complete and this extension is intended to allow the parties additional time to settle this civil action. This motion is supported by the Declaration of E. J. Simmons.

Signed January 15, 2010.

*s/ E. J. Simmons*

_____
E. J. Simmons, OSB 75341
(503) 221-2000
Bradley Ganz, OSB 94076
(503) 844-9009
Attorneys for Plaintiffs Grasshopper House, LLC
and Passages Silver Strand, LLC

Page 2 –Motion for Extension of Time